UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 13-CV-12744-NMG

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| GRUNDFOS PUMPS CORPORATION, AND PAUL T. WALSH AND SONS, INC. | ) ) ) ) |
| Defendants | ) |

## MOTION OF THE DEFENDANT, PAUL T. WALSH AND SONS, INC. FOR SEPARATE AND FINAL JUDGMENT

The defendant Paul T. Walsh and Sons, Inc. moves this court enter separate and final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. As grounds for this motion, the defendant states that the court had previously allowed defendant's motion to dismiss the plaintiff's complaint for the failure to state a cause of action. In light of the court's allowing that motion, there is no just reason for delay in entering final judgment in favor of the defendant.

Wherefore, the defendant Paul T. Walsh and Sons, Inc. requests the court allow this motion.

/s/ John F. Gleavy

Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 626 888
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

*Motion allowed. /s/ NMGorton, USDJ 2/26/14*